## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVE LUECKE and DEB LUECKE, h/w<br>Plaintiff<br><br>vs.<br><br>SAGE CAPITAL RECOVERY, LLC<br>Defendant | CIVIL ACTION<br><br><br><br>NO.  11-cv-03144 |

## <u>STIPULATION OF DISMISSAL</u>

AND NOW, this 31st day of August, 2011,  it is hereby Stipulated and Agreed by

and between counsel for plaintiff and counsel for defendant in the above captioned matter

that the above captioned matter be dismissed with prejudice.


Warren & Vullings, LLP


BY:__/s/ *Bruce K. Warren*
        Bruce K. Warren, Esquire
        Attorney for Plaintiff



Sessions, Fishman, Nathan & Israel, LLC


BY:__/s/  *Ross S. Enders*
        Ross S. Enders, Esquire
        Attorney for Defendant